JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ZHIGANG FENG, <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO MAYORKAS, ET AL., <br><br> Defendants. | No. CV 23-3042-GW-AGRx <br><br> **ORDER DISMISSING CASE** <br><br> Honorable George H. Wu <br> United States District Judge |

  Having read and considered the Joint Stipulation to Dismiss the Case submitted by the parties, and finding good cause therefor,

  IT IS HEREBY ORDERED that:

1. The instant action shall be dismissed without prejudice;
2. Each party agrees to bear his, her or its own litigation costs, expenses, and attorney fees.

Dated: August 3, 2023

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1